# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Abelardo Chaparro,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Charles L. Ryan, in his official capacity as Director of the Arizona Department of Corrections,<br><br>　　　　Defendant. | Case No: 2:19-cv-00650-DWL |

# DECLARATION OF HERB HALEY

I, Herb Haley, declare as follows:

1. I am employed by the Arizona Department of Corrections ("ADC") as a Time Computation Unit Administrator. The Time Computation Unit in the Bureau of Offender Services is responsible for the calculation of inmate release eligibility dates and confirmation of eligibility for inmates released.

2. I am competent to testify as to the matters contained herein and make this Declaration based upon my own personal knowledge, correctional expertise, and a review of certain documentation and records maintained in the ordinary course of business by the ADC.

3. I have reviewed time computation records on inmates serving life sentences with date of offense on or after January 1, 1994.

4. There are approximately 574 inmates that have life sentences that are not "natural life" sentences. These inmates are thus eligible for available forms of executive clemency after 25 or 35 years.

5. Of the 574 inmates, approximately 238 of those entered into a plea agreement.

6. Of the remaining 336 inmates, approximately 43 of those inmates were under 18 years of age when they committed the crime at issue, and are thus eligible for parole under A.R.S. §13-716.

7. Therefore, there are approximately 290 inmates that may have sentences similar to Mr. Chaparro, which did not result from a guilty plea following a plea agreement.

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge, and that this declaration was issued on March 27, 2019, in Phoenix, Arizona.

                                                <u>s/ Herb Haley</u>
                                                Herb Haley
                                                ADC Time Computation Unit
                                                Administrator