Lindsay Herf, AZ Bar No. 027554
Robert Dormady, AZ Bar No. 031755
Katherine Puzauskas, AZ Bar No. 026345
**Arizona Justice Project**
411 N. Central Ave., Suite 600
Phoenix, AZ 85004-2139
Lindsay.Herf@azjusticeproject.org
Katherine.Puzauskas@asu.edu
Robert.Dormady@asu.edu

Howard R. Cabot, AZ Bar No. 006669
Randy McDonald, AZ Bar No. 032008
Austin C. Yost, AZ Bar No. 034602
**Perkins Coie LLP**
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
Telephone: 602.351.8000
Facsimile: 602.648.7000
HCabot@perkinscoie.com
RMcDonald@perkinscoie.com
AYost@perkinscoie.com
DocketPHX@perkinscoie.com

*Attorneys for Plaintiff*
*Abelardo Chaparro*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Abelardo Chaparro,<br><br>Plaintiff,<br><br>v.<br><br>David C. Shinn, in his official capacity as Director, Arizona Department of Corrections,<br><br>Defendant. | No. 2:19-cv-00650-DWL-MHB<br><br>**STIPULATION TO ENTRY OF FINAL JUDGMENT**<br><br>(Assigned to Hon. Dominic Lanza) |

Plaintiff Abelardo Chaparro and Defendant David C. Shinn, in his official capacity as Director of the Arizona Department of Corrections, hereby stipulate and agree to the Proposed Form of Judgment to be lodged with this Court. With the exception of litigation over attorneys' fees, which the parties will conduct pursuant to Federal Rule of Civil Procedure 54(d) and LRCiv 54.2, no further matters will remain pending in this action. This Court should thus enter final judgment pursuant to Federal Rule of Civil Procedure 54.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: May 11, 2020 | **ARIZONA JUSTICE PROJECT** |
| 3 | | |
| 4 | | By: s/ Austin C. Yost for |
| 5 | | Lindsay Herf |
| | | Katherine Puzauskas |
| 6 | | Robert J. Dormady |
| 7 | | 411 North Central Avenue, Suite 600 |
| | | Phoenix, Arizona 85004 |
| 8 | | |
| 9 | | **PERKINS COIE LLP** |
| 10 | | |
| 11 | | By: s/ Austin C. Yost |
| | | Howard R. Cabot |
| 12 | | Randy McDonald |
| 13 | | Austin C. Yost |
| | | 2901 N. Central Avenue, Suite 2000 |
| 14 | | Phoenix, Arizona 85012-2788 |
| 15 | | *Attorneys for Plaintiff* |
| | | *Abelardo Chaparro* |
| 16 | | |
| 17 | Dated: May 11, 2020 | **MARK BRNOVICH** |
| 18 | | **ATTORNEY GENERAL** |
| 19 | | |
| | | By: s/ Austin C. Yost for |
| 20 | | Drew C. Ensign |
| 21 | | Oramel H. (O.H.) Skinner |
| | | Brunn (Beau) W. Roysden III |
| 22 | | Robert J. Makar |
| 23 | | Assistant Attorneys General |
| 24 | | *Attorneys for Defendant* |
| | | *David C. Shinn, in his official capacity* |
| 25 | | *as Director of the Arizona Department* |
| | | *of Corrections* |
| 26 | | |
| 27 | | |
| 28 | | |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 11, 2020, I electronically transmitted the attached documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following all registered CM/ECF registrant(s).

I hereby certify that on May 11, 2020, a copy of the foregoing was sent via U.S. Mail to:

> David C. Shinn-Director
> **Arizona Department of Corrections**
> 1601 W. Jefferson St.
> Phoenix, Arizona 85007

> *s/ Clair Wendt*
> **Perkins Coie LLP**