# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Abelardo Chaparro,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Charles L Ryan, et al.,<br><br>　　　　　Defendants. | No. CV-19-00650-PHX-DWL (MHB)<br><br>**ORDER** |

Plaintiff Abelardo Chaparro and Defendant David C. Shinn, in his official capacity as Director of the Arizona Department of Corrections, having filed a Stipulation to Entry of Final Judgment (Doc.46), having received the Arizona Supreme Court's March 5, 2020 Opinion answering this Court's certified question, and this Court having considered the foregoing and other pleadings in this case and finding that judgment should be entered against Defendant David C. Shinn, and there being no just reason for delay, and good cause appearing,

**IT IS ORDERED** that the reference to the magistrate judge is withdrawn, and pursuant to Federal Rule of Civil Procedure 54, the Stipulation to Entry of Final Judgment (Doc.46) is granted. A separate judgment will issue.

**IT IS FURTHER ORDERED** that, pursuant to the parties' stipulation and because this Court grants Plaintiff Abelardo Chaparro the complete relief he seeks on his Count III, this Court does not address the merits of Counts I or II and dismisses them without prejudice.

**IT IS FURTHER ORDERED** that Plaintiff Abelardo Chaparro may file a Motion for Award of Attorneys' Fees and Related Non-Taxable Expenses pursuant to Federal Rule of Civil Procedure 54(d) and LRCiv 54.2 within the time allotted by those rules. Any motion for an award of attorneys' fees shall be accompanied by an electronic Microsoft Excel spreadsheet, to be emailed to the Court and opposing counsel, containing an itemized statement of legal services with all information required by Local Rule 54.2(e)(1). This spreadsheet shall be organized with rows and columns and shall automatically total the amount of fees requested to enable the Court to efficiently review and recompute, if needed, the total amount of any award after disallowing any individual billing entries. This spreadsheet does not relieve the moving party of its burden under Local Rule 54.2(d) to attach all necessary supporting documentation to its motion. A party opposing a motion for attorneys' fees shall email to the Court and opposing counsel a copy of the moving party's spreadsheet, adding any objections to each contested billing entry (next to each row, in an additional column) to enable the Court to efficiently review the objections. This spreadsheet does not relieve the non-moving party of the requirements of Local Rule 54.2(f) concerning its responsive memorandum.

Dated this 12th day of May, 2020.

_____
Dominic W. Lanza
United States District Judge